## UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**ANNE E. THOMPSON**<br>**JUDGE** | **U.S. COURTHOUSE**<br>**402 E. STATE STREET**<br>**ROOM 4000**<br>**TRENTON, NJ 08608**<br>**(609) 989-2123** |

### ORIGINAL TO CLERK

July 13, 2006

To:    Dennis L. Friedman, Counsel for Plaintiffs

Re:    <u>D'Agosta, et al. v. Harvey</u>, Civil No. 05-5888 (AET)

Dear Mr. Friedman:

On June 12, 2006, Defendant filed with this Court a motion to transfer the above-captioned action to the Eastern District of New York [docket no. 4]. Pursuant to L. Civ. R. 7.1(c)(1), Defendant's motion was assigned a return date of July 17, 2006. Pursuant to L. Civ. R. 7.1(d)(2), Plaintiffs' brief and papers in opposition to Defendant's motion were due July 3, 2006. As of this writing, none have been filed. If Plaintiffs' opposition brief and papers are not filed with this Court by July 21, 2006, the Court will decide Defendant's motion as unopposed.

    Very truly yours,

    s/Anne E. Thompson

    ANNE E. THOMPSON

cc:    All Counsel

AET:bdf